George **BRANDON,** Plaintiff–Appellant,

v.

Henry W. **STANLEY,** Jr., Chief of Police; Jay S. Kegley, Individual/Police Officer, Defendants–Appellees.

No. 06–7864.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 7, 2007.

Decided: April 3, 2007.

George Brandon, Appellant Pro Se.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Brandon appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint based on his failure to pay a partial filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brandon v. Stanley,* No. 2:06–cv–00276–RAJ (E.D.Va. Oct. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*